IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Silverman, Otis | Case Number: 05 B 18081 |
|---|---|---|
| | Hamilton-Silverman, Sherie | Judge: Hollis, Pamela S |
| | Printed: 02/10/09 | Filed: 5/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: December 12, 2008
Confirmed:  August 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 120,945.81 |  |
| Secured: |  | 96,676.35 |
| Unsecured: |  | 13,842.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,910.00 |
| Trustee Fee: |  | 6,151.51 |
| Other Funds: |  | 1,365.35 |
| Totals: | 120,945.81 | 120,945.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | M & I Marshall & Isley Bank | Secured | 53,311.31 | 53,311.31 |
| 3. | Cook County Treasurer | Secured | 3,916.08 | 3,916.08 |
| 4. | American General Finance | Secured | 9,220.34 | 9,220.34 |
| 5. | City Of Chicago | Secured | 400.00 | 400.00 |
| 6. | Chrysler Financial Services Americas LLC | Secured | 10,764.86 | 10,764.86 |
| 7. | Ford Motor Credit Corporation | Secured | 12,917.82 | 12,917.82 |
| 8. | M & I Marshall & Isley Bank | Secured | 6,145.94 | 6,145.94 |
| 9. | Rx Acquisitions | Unsecured | 167.29 | 258.97 |
| 10. | ECast Settlement Corp | Unsecured | 274.34 | 424.69 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 315.90 | 488.94 |
| 12. | Credit Union One | Unsecured | 272.47 | 421.80 |
| 13. | Ford Motor Credit Corporation | Unsecured | 1,817.93 | 2,814.32 |
| 14. | Peoples Energy Corp | Unsecured | 162.19 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 492.40 | 762.26 |
| 16. | ECast Settlement Corp | Unsecured | 268.12 | 414.98 |
| 17. | RoundUp Funding LLC | Unsecured | 548.09 | 848.45 |
| 18. | Chrysler Financial Services Americas LLC | Unsecured | 913.03 | 1,413.12 |
| 19. | Midwest Verizon Wireless | Unsecured | 53.49 | 82.80 |
| 20. | ECast Settlement Corp | Unsecured | 75.79 | 117.32 |
| 21. | City Of Chicago | Unsecured | 12.42 | 19.06 |
| 22. | Resurgent Capital Services | Unsecured | 3,124.48 | 4,835.83 |
| 23. | Midwest Verizon Wireless | Unsecured | 252.92 | 391.52 |
| 24. | ECast Settlement Corp | Unsecured | 354.33 | 548.54 |
| 25. | Cook County Treasurer | Priority | | No Claim Filed |
| 26. | Robert J Adams & Associates | Priority | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Silverman, Otis | Case Number: 05 B 18081 |
| --- | --- | --- |
|  | Hamilton-Silverman, Sherie | Judge: Hollis, Pamela S |
|  | Printed: 02/10/09 | Filed: 5/6/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Alarm Detection System of Illi | Unsecured | | No Claim Filed |
| 28. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 29. | Argent Care Inc | Unsecured | | No Claim Filed |
| 30. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 31. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 32. | Bank One | Unsecured | | No Claim Filed |
| 33. | Credit Protection Association | Unsecured | | No Claim Filed |
| 34. | Cingular Wireless | Unsecured | | No Claim Filed |
| 35. | Evergreen Medical Specialist | Unsecured | | No Claim Filed |
| 36. | MBGA/JC Penney | Unsecured | | No Claim Filed |
| 37. | KCA Financial Services | Unsecured | | No Claim Filed |
| 38. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 39. | Home Depot | Unsecured | | No Claim Filed |
| 40. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 41. | AT&T Broadband | Unsecured | | No Claim Filed |
| 42. | Whitehall Jewelers | Unsecured | | No Claim Filed |
| 43. | Sam's Club | Unsecured | | No Claim Filed |
| | | | $ 108,691.54 | $ 113,428.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 3% | 353.03 |
| 5.5% | 1,633.98 |
| 5% | 462.14 |
| 4.8% | 944.75 |
| 5.4% | 2,156.42 |
| 6.5% | 600.89 |
| 6.6% | 0.30 |
| | $ 6,151.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: